Sean P. Rodriguez (SBN 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510/874-1000
Facsimile: 510/874-1460
srodriguez@bsfllp.com

Jonathan D. Schiller (*pro hac vice to be filed*)
Christopher D. Belelieu (*pro hac vice to be filed*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Phone: 212/446-2300
Facsimile: 212/446-2350
jschiller@bsfllp.com
cbelelieu@bsfllp.com

Samuel C. Kaplan (*pro hac vice to be filed*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Phone: 202/237-2727
Facsimile: 202/237-6131
skaplan@bsfllp.com

*Attorneys for Defendant WeWork Companies Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA ZOUMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WEWORK COMPANIES INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:16-cv-00340<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

PLEASE TAKE NOTICE that Pursuant to Civil Local Rule 3-13, Defendant WeWork Companies Inc. ("WeWork") hereby provide notice of the action currently pending in the Southern District of New York, *WeWork Companies Inc. v. Tara Zoumer,* Case No. 1:16-cv-00457 ("the New York Action").

The New York Action involves the same parties as the action before this Court.  In the New York Action, WeWork filed a petition to compel arbitration and appoint an arbitrator to decide the same claims at issue in the action before this Court.  Transfer should not be effected pursuant to 28 U.S.C. § 1407.  However, WeWork intends to file a motion in this Court requesting a stay pending a decision in the New York Action to avoid conflicts, conserve resources, and promote efficient determinations between the two actions.  Civil Local Rule 3-13(b)(3)(B)-(C).

Dated:  January 21, 2016

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sean P. Rodriguez
    Sean P. Rodriguez

Sean Rodriguez (SBN 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510/874-1000
Facsimile: 510/874-1460
srodriguez@bsfllp.com

Jonathan D. Schiller (*pro hac vice to be filed*)
Christopher D. Belelieu (*pro hac vice to be filed*)
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Phone: 212/446-2300
Facsimile: 212/446-2350
jschiller@bsfllp.com
cbelelieu@bsfllp.com

*(continued on next page)*

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | Samuel C. Kaplan (*pro hac vice to be filed*)<br>BOIES, SCHILLER & FLEXNER LLP |
| 4 | 5301 Wisconsin Avenue, NW<br>Washington, DC 20015 |
| 5 | Phone: 202/237-2727<br>Facsimile: 202/237-6131 |
| 6 | skaplan@bsfllp.com |
| 7 | *Attorneys for Defendant WeWork Companies Inc.* |

Notice of Pendency of Other Action or Proceeding

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I electronically filed WeWork Companies Inc.'s Notice Of Pendency Of Other Action Or Proceeding with the Clerk of Court using the CM/ECF system which sent an email notification to all participants in this case who are registered CM/ECF users. I further caused the documents listed above to be served via FedEx on the following:

    Ramsey Hanfi
    Rory C. Quintana,
    QUINTANA HANAFI PUNGPRAKEARTI, LLP
    351 California St, Suite 300
    San Francisco, CA 94104

Dated: January 21, 2016

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Sean P. Rodriguez
    Sean P. Rodriguez

Sean Rodriguez (SBN 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510/874-1000
Facsimile: 510/874-1460
srodriguez@bsfllp.com